UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE A. BARRON and KIERSTEN A. BARRON, | NO:  2:14-CV-176-RMP |
| Plaintiffs, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| FAIRWAY COLLECTIONS, LLC, | |
| Defendant. | |

**BEFORE** the Court is Plaintiffs' Notice of Stipulated Dismissal, ECF No. 6. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Notice of Stipulated Dismissal, **ECF No. 6**, is **APPROVED**. Plaintiffs' Complaint is dismissed **without prejudice** and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 20th day of October 2014.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2